**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7839**

———————

JONATHAN M. SILER,

Plaintiff - Appellant,

versus

B. KATTA, Physician Assistant,

Defendant - Appellees,

and

JOSEPH BROOKS, Warden; HARLEY LAPPIN,
Director; FEDERAL BUREAU OF PRISONS,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (CA-03-100)

———————

Submitted:  January 29, 2004          Decided:  February 9, 2004

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan M. Siler, Appellant Pro Se.  Robert P. McIntosh, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jonathan M. Siler appeals the district court's order denying relief on his complaint alleging a violation under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Siler v. Katta, No. CA-03-100 (E.D. Va. Nov. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED